**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1373**

---

REVEREND DR. SAMUEL T. WHATLEY; SAMUEL T. WHATLEY, II,

Plaintiffs - Appellants,

v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Jacquelyn Denise Austin, District Judge.  (2:23-cv-02500-JDA)

---

Submitted:  July 30, 2024                          Decided:  August 1, 2024

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel T. Whatley, Samuel T. Whatley, II, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reverend Dr. Samuel T. Whatley and Samuel T. Whatley II appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice[*] their civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Whatley v. Med. Univ. of S.C.*, No. 2:23-cv-02500-JDA (D.S.C. Apr. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).